UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

839711
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Secured Creditor: Podium Mortgage Capital**

**Order Filed on October 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **In Re:** | Case No: 20-18905 - JKS |
| Edward Fish | Hearing Date: 10/08/2020 |
| | Judge:  John K. Sherwood |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 12, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

NJID 839711
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Podium Mortgage Capital</u>

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE:

                                      CASE NO. 20-18905 - JKS

    EDWARD FISH

                                        CHAPTER 13

   Debtors

                                        CONSENT ORDER RESOLVING
                                        OBJECTION TO CONFIRMATION

                                        HEARING DATE: 10/08/2020

      This Consent Order pertains to the property located at 214 Lentz Avenue, Paramus, NJ 07652-4610, mortgage account ending with "4932";

      **THIS MATTER** having been brought before the Court by David L. Stevens, Esquire attorney for debtors, Edward Fish, upon the filing of a Chapter 13 Plan, Podium Mortgage Capital by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

      **IT IS ORDERED as follows:**

      1.     Podium Mortgage Capital has filed a valid, secured Proof of Claim, listing pre-petition arrears in the amount of **$17,658.36** (Claim No. 7).

      2.     The Trustee is authorized not to pay the secured arrearage claim of Podium Mortgage Capital in the amount of **$17,658.36** (Claim No. 7), while debtor applies and potentially completes a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **April 8, 2021 or as extended by court.**

      3.     If Loan Modification is approved, Podium Mortgage Capital shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

      4.     If a loan modification is not approved by **April 8, 2021 or as extended by court**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5.     Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6.     This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**PODIUM MORTGAGE CAPITAL**

/s/ Andrew Spivack
Andrew Spivack, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 31566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

Dated:  10/07/2020

/s/ David L. Stevens            Dated:  10/07/2020
David L. Stevens, Esquire
Attorney for debtors

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 20-18905-JKS |
|---|---|
| Edward Fish | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID**              **Recipient Name and Address**
db                  +  Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PODIUM MORTGAGE CAPITAL nj.bkecf@fedphe.com |
| Andrew R. Turner | on behalf of Creditor General Plumbing Supply  Inc. courts@turnerlaw.net |
| Anthony Sodono, III | on behalf of Creditor Ziegler  Zemsky & Resnick asodono@msbnj.com |
| David L. Stevens | on behalf of Debtor Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 13, 2020                      Form ID: pdf903                              Total Noticed: 1

Marie-Ann Greenberg
                        magecf@magtrustee.com

Robert Davidow
                        on behalf of Creditor PODIUM MORTGAGE CAPITAL nj.bkecf@fedphe.com

Sherri Jennifer Smith
                        on behalf of Creditor PODIUM MORTGAGE CAPITAL nj.bkecf@fedphe.com  nj.bkecf@fedphe.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9