| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCURA, WIGFIELD, HEYER<br>STEVENS & CAMMAROTA, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>David L. Stevens<br>Dstevens@scura.com<br>*Counsel for the Debtor* | **Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>EDWARDS FISH,<br><br>   Debtor. | Case No.: 20-18905-JKS<br><br>Adv. Pro.: 20-01577-JKS<br><br>Chapter 13<br><br>Judge: Honorable John K. Sherwood<br><br>Hearing Date: January 14, 2021 |

### ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 22, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Edward Fish
Case No.: 20-18905-JKS; Adv. Pro.: 20-01577-JKS
Caption of Order: ORDER APPROVING SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

Upon reviewing the motion to approve settlement (the "Motion") of Edward Fish, by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking entry of an order pursuant to Fed. R. Bankr. P. 9019, to approve the settlement between the Edward Fish, and Luis A. Guevara Castro and Leigh Piccolo (the "Settlement and Release Agreement"); and the Court having consider the moving papers, exhibits, the objection thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor and his estate; and good and sufficient notice of the Motion having been provided to all parties in interest as set forth in the Certification of Service filed with the Court; and good and sufficient cause having been shown,

It is hereby **ORDERED** as follows:

1. The Motion is hereby granted as set forth herein.

2. Pursuant to Fed. R. Bankr. P. 9019, the Settlement and Release Agreement, and the transactions represented thereby, are hereby approved in all respects.

3. The parties to the Settlement and Release Agreement are hereby authorized to enter and execute any and all other documents necessary to effectuate the Settlement and Release Agreement.

4. This Court shall retain jurisdiction of this matter for the purpose of enforcing this Order or to take such other action as the Court deems necessary, consistent with the Settlement and Release Agreement.