UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: (973) 696-8391
Fax: (973) 696-8571
Attorneys for Debtor
David L. Stevens, Esq.
dstevens@scura.com

Order Filed on March 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Fish,

Debtor.

Case No.: 20−18905

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 1, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____9,854.50_____ for services rendered and expenses in the amount of $_____12.00_____ for a total of $_____9,866.50_____ . The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18905-JKS |
| Edward Fish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

**Recip ID    Recipient Name and Address**
db          + Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

**Name                   Email Address**

Andrew R. Turner
                        on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net

Anthony Sodono, III
                        on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com

David L. Stevens
                        on behalf of Debtor Edward Fish dstevens@scura.com
                        ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
                        on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
                        on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Mar 02, 2021  Form ID: pdf903  Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Michael J. Muller
   on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com

Michael J. Muller
   on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com

Michael J. Muller
   on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com

Shauna M Deluca
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11