Case 20-18905-JKS    Doc 56    Filed 03/11/21    Entered 03/11/21 15:49:19    Desc Main Document    Page 1 of 2

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ 07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: EDWARD FISH |

Order Filed on March 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-18905

Hearing Date: 03/11/2021

Judge: JOHN K. SHERWOOD

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: March 11, 2021

*(signature)*

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): EDWARD FISH

Case No.: 20-18905JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/11/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/11/2021 of the plan filed on 09/02/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/25/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.