| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on March 11, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    EDWARD FISH | Case No.:  20-18905<br><br>Hearing Date:  03/11/2021<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 11, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): EDWARD FISH

Case No.: 20-18905JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/11/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/11/2021 of the plan filed on 09/02/2020, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/25/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18905-JKS |
| Edward Fish | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 11, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

**Recip ID          Recipient Name and Address**
db              + Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

**Name                    Email Address**

Andrew R. Turner
    on behalf of Creditor General Plumbing Supply  Inc. courts@turnerlaw.net

Anthony Sodono, III
    on behalf of Creditor Ziegler  Zemsky & Resnick asodono@msbnj.com

David L. Stevens
    on behalf of Debtor Edward Fish dstevens@scura.com
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

District/off: 0312-2                           User: admin                                      Page 2 of 2
Date Rcvd: Mar 11, 2021                   Form ID: pdf903                              Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael J. Muller
    on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com

Michael J. Muller
    on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com

Michael J. Muller
    on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com

Shauna M Deluca
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11