Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18905−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Fish
   214 Lentz Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2505

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 03/17/2021 and a confirmation hearing on the Modified Plan is scheduled for 4/22/2021 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 17, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edward Fish  
    Debtor

Case No. 20-18905-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 17, 2021      Form ID: 186      Total Noticed: 57

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| cr | + | Luis A. Guevara Castro, 706 Grand Street, Hoboken, NJ 07030-3092 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| cr | + | PODIUM MORTGAGE CAPITAL, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519084134 | + | A.F. Supply Corp, 1000 S 2nd St, Harrison, NJ 07029-2321 |
| 518925975 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518906282 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518906283 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, POB 683, Washington, DC 20044-0683 |
| 519084135 | + | Aurora Builders LLC, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| 518906284 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519084136 | + | Borace Martinoski, Esq., 75 Essex Street, Suite 220, Hackensack, NJ 07601-4035 |
| 519084137 | + | C. Tech, P.O Box 402, Mount Sinai, NY 11766-0402 |
| 519084138 | + | Callagy Law, PC, 650 From Road, Ste. 565, Paramus, NJ 07652-3554 |
| 518910942 |   | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519084139 | + | Drs. Stuart & Geeta C. Doshi Springer, 60 East End Avenue, Unit 37A, New York, NY 10028-7908 |
| 519084140 | + | Dykes Lumber Company, 1899 Park Avenue, Weehawken, NJ 07086-6630 |
| 519084141 | + | Extech Building Materials Inc, 43-87 Vernon Blvd., Long Island City, NY 11101-6911 |
| 519084142 | + | General Plumbing Supply Inc, 540 Thomas Blvd., Orange, NJ 07050-2920 |
| 518924241 | + | General Plumbing Supply, Inc, c/o Turner Law Firm, LLC, 76 South Orange Ave., P.O. Box 526, South Orange, NJ 07079-0526 |
| 518929924 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519084143 | #+ | Joe Lieberman Esq, 815 Central Avenue, Lawrence, NY 11559-1310 |
| 518979214 | + | Luis A. Guevara Castro, Leigh Piccolo, 706 Grand Street, Hoboken, NJ 07030-3092 |
| 519084144 | + | Manna & Associates, LLC, PO Box 1117, Kearny, NJ 07032-7117 |
| 519084145 | + | Marylou Paolucci & Associates, 16 Trent Lane, Smithtown, NY 11787-1238 |
| 519053482 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 519053483 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909 ATTN: Bankruptcy Dept |
| 518939128 | + | PODIUM MORTGAGE CAPITAL, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 519084146 |   | Plumex LLC Plumbing & Heating, 38046 Van Duren Ave., Fair Lawn, NJ 07410 |
| 519084147 | + | Raj Gadhok, Mandelbaum Salsburg, 3 Becker Farm Road, Suite 105, Roseland, NJ 07068-1726 |
| 519084148 | + | Recovery Solutions Group, LLC, 1008 Matlind Way, Milford, DE 19963-5300 |
| 519084149 | + | Renata Fish, 200 Sterling Blvd, Englewood, NJ 07631-4833 |
| 518906291 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519084150 | + | Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5100 |
| 519084151 | + | The Kuiken Brothers Company, 485 River Dr, Garfield, NJ 07026-3219 |
| 519084152 | + | Turner Law Firm, LLC, 76 South Orange Ave., PO Box 526, South Orange, NJ 07079-0526 |
| 519084153 | + | Unique Funding Solutions, LLC, 71 S Central Ave., Valley Stream, NY 11580-5495 |
| 519084154 |   | Ziegler Zemsky Resnick, 651 Old West Mt. Pleasant Ave. #150, Livingston, NJ 07039 |
| 518918872 | + | Ziegler, Zemsky & Resnick, c/o Anthony Sodono III, Esq., 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3737 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: mattf@generalplumbingsupply.net | Mar 17 2021 21:14:00 | General Plumbing Supply, Inc., 980 New Durham Road, Edison, NJ 08817 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 23:34:18 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906285 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 23:54:24 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947872 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:35:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518906287 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:44:44 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518906288 | + Email/Text: cashiering-administrationservices@flagstar.com | Mar 17 2021 21:16:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518906289 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2021 21:14:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518906286 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 17 2021 23:33:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518906290 | + Email/Text: M74banko@daimler.com | Mar 17 2021 21:16:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 518979582 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 23:34:17 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518965095 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 23:54:47 | Portfolio Recovery Associates, LLC, c/o NEIMAN MARCUS, POB 41067, Norfolk, VA 23541 |
| 518906292 | Email/Text: bankruptcy@sunbit.com | Mar 17 2021 21:14:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 518973515 | + Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 23:33:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906870 | + Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 23:33:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906293 | Email/Text: bankruptcy@td.com | Mar 17 2021 21:15:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518962011 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 17 2021 23:35:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518906294 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2021 21:13:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 17, 2021 | Form ID: 186 | Total Noticed: 57

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net |
| Anthony Sodono, III | on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com |
| David L. Stevens | on behalf of Debtor Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Muller | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11