Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18905−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Fish
   214 Lentz Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2505

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       11/19/21
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$6,136.00

EXPENSES
$118.02

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 13, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18905-JKS |
| Edward Fish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| cr | + | Luis A. Guevara Castro, 706 Grand Street, Hoboken, NJ 07030-3092 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| cr | + | PODIUM MORTGAGE CAPITAL, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519084134 | + | A.F. Supply Corp, 1000 S 2nd St, Harrison, NJ 07029-2321 |
| 518925975 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518906282 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518906283 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, POB 683, Washington, DC 20044-0683 |
| 519084135 | + | Aurora Builders LLC, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| 518906284 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519084136 | + | Borace Martinoski, Esq., 75 Essex Street, Suite 220, Hackensack, NJ 07601-4035 |
| 519084137 | + | C. Tech, P.O Box 402, Mount Sinai, NY 11766-0402 |
| 519084138 | + | Callagy Law, PC, 650 From Road, Ste. 565, Paramus, NJ 07652-3554 |
| 518910942 | | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519084139 | + | Drs. Stuart & Geeta C. Doshi Springer, 60 East End Avenue, Unit 37A, New York, NY 10028-7908 |
| 519084140 | + | Dykes Lumber Company, 1899 Park Avenue, Weehawken, NJ 07086-6630 |
| 519084141 | + | Extech Building Materials Inc, 43-87 Vernon Blvd., Long Island City, NY 11101-6911 |
| 519084142 | + | General Plumbing Supply Inc, 540 Thomas Blvd., Orange, NJ 07050-2920 |
| 518924241 | + | General Plumbing Supply, Inc, c/o Turner Law Firm, LLC, 76 South Orange Ave., P.O. Box 526, South Orange, NJ 07079-0526 |
| 518929924 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519084143 | + | Joe Lieberman Esq, 815 Central Avenue, Lawrence, NY 11559-1310 |
| 518979214 | + | Luis A. Guevara Castro, Leigh Piccolo, 706 Grand Street, Hoboken, NJ 07030-3092 |
| 519084144 | + | Manna & Associates, LLC, PO Box 1117, Kearny, NJ 07032-7117 |
| 519084145 | + | Marylou Paolucci & Associates, 16 Trent Lane, Smithtown, NY 11787-1238 |
| 519053482 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 519053483 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909 ATTN: Bankruptcy Dept |
| 518939128 | + | PODIUM MORTGAGE CAPITAL, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 519084146 | | Plumex LLC Plumbing & Heating, 38046 Van Duren Ave., Fair Lawn, NJ 07410 |
| 519084147 | + | Raj Gadhok, Mandelbaum Salsburg, 3 Becker Farm Road, Suite 105, Roseland, NJ 07068-1726 |
| 519084148 | + | Recovery Solutions Group, LLC, 1008 Matlind Way, Milford, DE 19963-5300 |
| 519084149 | + | Renata Fish, 200 Sterling Blvd, Englewood, NJ 07631-4833 |
| 519234653 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518906291 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519084150 | + | Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5100 |
| 519084151 | + | The Kuiken Brothers Company, 485 River Dr, Garfield, NJ 07026-3219 |
| 519084152 | + | Turner Law Firm, LLC, 76 South Orange Ave., PO Box 526, South Orange, NJ 07079-0526 |
| 519084153 | + | Unique Funding Solutions, LLC, 71 S Central Ave., Valley Stream, NY 11580-5495 |
| 519084154 | | Ziegler Zemsky Resnick, 651 Old West Mt. Pleasant Ave. #150, Livingston, NJ 07039 |
| 518918872 | + | Ziegler, Zemsky & Resnick, c/o Anthony Sodono III, Esq., 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3737 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: mattf@generalplumbingsupply.net | Oct 13 2021 20:24:00 | General Plumbing Supply, Inc., 980 New Durham Road, Edison, NJ 08817 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 20:23:58 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906285 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:31 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947872 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 20:34:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518906287 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 20:34:13 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518906288 | + Email/Text: cashiering-administrationservices@flagstar.com | Oct 13 2021 20:25:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518906289 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2021 20:25:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518906286 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 20:23:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518906290 | + Email/Text: M74banko@daimler.com | Oct 13 2021 20:25:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 518979582 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:15 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518965095 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:14 | Portfolio Recovery Associates, LLC, c/o NEIMAN MARCUS, POB 41067, Norfolk, VA 23541 |
| 518906292 | Email/Text: bankruptcy@sunbit.com | Oct 13 2021 20:24:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 518973515 | + Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906870 | + Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906293 | Email/Text: bankruptcy@td.com | Oct 13 2021 20:25:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518962011 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 20:49:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518906294 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2021 20:24:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

cr          *          Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

**Name**                **Email Address**

Andrew R. Turner
on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net

Anthony Sodono, III
on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com

David L. Stevens
on behalf of Debtor Edward Fish dstevens@scura.com
ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scu

Denise E. Carlon
on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jamal J Romero
on behalf of Debtor Edward Fish jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com

John R. Morton, Jr.
on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Michael J. Muller
on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com

Michael J. Muller
on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com

Michael J. Muller
on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com

Shauna M Deluca
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com

Sindi Mncina
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13