Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 20−18905−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Fish
   214 Lentz Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2505

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 18, 2021.

Dated: October 18, 2021
JAN: zlh

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 20-18905-JKS
Edward Fish                                                                                                Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 4
Date Rcvd: Oct 18, 2021          Form ID: plncf13          Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| cr | + | Luis A. Guevara Castro, 706 Grand Street, Hoboken, NJ 07030-3092 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| cr | + | PODIUM MORTGAGE CAPITAL, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519084134 | + | A.F. Supply Corp, 1000 S 2nd St, Harrison, NJ 07029-2321 |
| 518925975 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518906282 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518906283 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, POB 683, Washington, DC 20044-0683 |
| 519084135 | + | Aurora Builders LLC, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| 518906284 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519084136 | + | Borace Martinoski, Esq., 75 Essex Street, Suite 220, Hackensack, NJ 07601-4035 |
| 519084137 | + | C. Tech, P.O Box 402, Mount Sinai, NY 11766-0402 |
| 519084138 | + | Callagy Law, PC, 650 From Road, Ste. 565, Paramus, NJ 07652-3554 |
| 519084139 | + | Drs. Stuart & Geeta C. Doshi Springer, 60 East End Avenue, Unit 37A, New York, NY 10028-7908 |
| 519084140 | + | Dykes Lumber Company, 1899 Park Avenue, Weehawken, NJ 07086-6630 |
| 519084141 | + | Extech Building Materials Inc, 43-87 Vernon Blvd., Long Island City, NY 11101-6911 |
| 519084142 | + | General Plumbing Supply Inc, 540 Thomas Blvd., Orange, NJ 07050-2920 |
| 518924241 | + | General Plumbing Supply, Inc, c/o Turner Law Firm, LLC, 76 South Orange Ave., P.O. Box 526, South Orange, NJ 07079-0526 |
| 518929924 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519084143 | + | Joe Lieberman Esq, 815 Central Avenue, Lawrence, NY 11559-1310 |
| 518979214 | + | Luis A. Guevara Castro, Leigh Piccolo, 706 Grand Street, Hoboken, NJ 07030-3092 |
| 518910942 | ++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300 address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518906290 | ++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300 address filed with court:, Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262 |
| 519084144 | + | Manna & Associates, LLC, PO Box 1117, Kearny, NJ 07032-7117 |
| 519084145 | + | Marylou Paolucci & Associates, 16 Trent Lane, Smithtown, NY 11787-1238 |
| 519053482 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 519053483 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-909 ATTN: Bankruptcy Dept |
| 518939128 | + | PODIUM MORTGAGE CAPITAL, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 519084146 |   | Plumex LLC Plumbing & Heating, 38046 Van Duren Ave., Fair Lawn, NJ 07410 |
| 519084147 | + | Raj Gadhok, Mandelbaum Salsburg, 3 Becker Farm Road, Suite 105, Roseland, NJ 07068-1726 |
| 519084148 | + | Recovery Solutions Group, LLC, 1008 Matlind Way, Milford, DE 19963-5300 |
| 519084149 | + | Renata Fish, 200 Sterling Blvd, Englewood, NJ 07631-4833 |
| 519234653 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518906291 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519084150 | + | Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5100 |
| 519084151 | + | The Kuiken Brothers Company, 485 River Dr, Garfield, NJ 07026-3219 |
| 519084152 | + | Turner Law Firm, LLC, 76 South Orange Ave., PO Box 526, South Orange, NJ 07079-0526 |
| 519084153 | + | Unique Funding Solutions, LLC, 71 S Central Ave., Valley Stream, NY 11580-5495 |
| 519084154 |   | Ziegler Zemsky Resnick, 651 Old West Mt. Pleasant Ave. #150, Livingston, NJ 07039 |
| 518918872 | + | Ziegler, Zemsky & Resnick, c/o Anthony Sodono III, Esq., 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3737 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: mattf@generalplumbingsupply.net | Oct 18 2021 20:25:00 | General Plumbing Supply, Inc., 980 New Durham Road, Edison, NJ 08817 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Oct 18 2021 20:32:32 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906285 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 18 2021 20:32:41 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518947872 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518906287 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2021 20:32:34 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518906288 | + Email/Text: cashiering-administrationservices@flagstar.com | Oct 18 2021 20:25:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518906289 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2021 20:25:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518906286 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 18 2021 20:32:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518910942 | Email/Text: M74banko@daimler.com | Oct 18 2021 20:25:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518906290 | Email/Text: M74banko@daimler.com | Oct 18 2021 20:25:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262 |
| 518979582 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:52 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518965095 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2021 20:32:42 | Portfolio Recovery Associates, LLC, c/o NEIMAN MARCUS, POB 41067, Norfolk, VA 23541 |
| 518906292 | Email/Text: bankruptcy@sunbit.com | Oct 18 2021 20:25:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 518973515 | + Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906870 | + Email/PDF: gecsedi@recoverycorp.com | Oct 18 2021 20:32:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906293 | Email/Text: bankruptcy@td.com | Oct 18 2021 20:25:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518962011 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 18 2021 20:32:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518906294 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2021 20:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 20

Case 20-18905-JKS    Doc 87    Filed 10/20/21    Entered 10/21/21 00:12:50    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 58 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2021                        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net |
| Anthony Sodono, III | on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com |
| David L. Stevens | on behalf of Debtor Edward Fish dstevens@scura.com ecfbkfilings@scurameley.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scu |
| Denise E. Carlon | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Edward Fish jromero@scura.com dstevens@scura.com;ecfbkfilings@scurameley.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Muller | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 18, 2021 | Form ID: plncf13 | Total Noticed: 58 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13