UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
David L. Stevens
dstevens@scura.com
Counsel to Debtor



Order Filed on January 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Fish,

Debtor.

Case No.: 20-18905-JKS

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ __4,835.00__ for services rendered and expenses in the amount of $__0.00__ for a total of $__4,835.00__ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $__$6,844.00__ per month commencing 11/01/2024 for 9 months to allow for payment of the above fee.

*rev.8/1/15*