UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-696-8391
David L. Stevens
dstevens@scura.com
Counsel to Debtor

Order Filed on January 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Fish,

          Debtor.

| | |
|---|---|
| Case No.: | 20-18905-JKS |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 30, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____4,835.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $ _____4,835.00_____ .  The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____$6,844.00_____ per month commencing 11/01/2024 for 9 months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-18905-JKS

Edward Fish                                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

**Recip ID**          **Recipient Name and Address**
db                + Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Andrew R. Turner

        on behalf of Creditor General Plumbing Supply  Inc. courts@turnerlaw.net

Anthony Sodono, III

        on behalf of Creditor Ziegler  Zemsky & Resnick asodono@msbnj.com

David L. Stevens

        on behalf of Defendant Edward Fish dstevens@scura.com
        ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
        scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

David L. Stevens

        on behalf of Debtor Edward Fish dstevens@scura.com
        ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@
        scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon

|  |  |
|---|---|
|  | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan |  |
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Jamal J Romero |  |
|  | on behalf of Debtor Edward Fish jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| John R. Morton, Jr. |  |
|  | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg |  |
|  | magecf@magtrustee.com |
| Michael J. Muller |  |
|  | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller |  |
|  | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller |  |
|  | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Nancy Isaacson |  |
|  | on behalf of Mediator Nancy Isaacson (Mediator) nisaacson@greenbaumlaw.com |
| Roman V Gambourg |  |
|  | on behalf of Plaintiff Renata Fish rg@glegalgroup.com  G69308@notify.cincompass.com |
| Shauna M Deluca |  |
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina |  |
|  | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17