UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for Renata Fish, Creditor

In Re:

    Edward Fish,

                    Debtor.

Case No: 20-19805

Chapter: 13

Judge: SLM

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Renata Fish, Creditor.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   280 West Main Street
                     Denville, NJ 07834

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Law Office of Scott J Goldstein LLC
as Attorney(s) for Creditor

Dated: February 16, 2023

By: /s/Scott J. Goldstein
      SCOTT J GOLDSTEIN

*new.8/1/15*