UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott J Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
*sjg@sgoldsteinlaw.com*

Attorney for Creditor

In Re:

Edward Fish

Chapter 13 Creditor

Case No.: 20-18905
Chapter: 13
Adv. No
Hearing Date: 3/23/2023
Judge: JKS

# CERTIFICATION OF SERVICE

1. I, **Scott J. Goldstein,**

   ☒ represent the Debtor(s) in this matter.

   ☐ am the secretary/paralegal for   Scott J Goldstein,   who represents the Creditor in this matter.

   ☐ am the Debtor   in this case and am representing myself.

2. On  02/22/2023,   I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Convert or Dismiss Chapter 13 Case, Proof of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date:  2/22/2023                               /s/ Scott J. Goldstein
                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Per waiver via CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward Fish<br>214 Lentz Ave<br>Paramus, NJ 07652 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scura Wigfield Heyer Stevens and Camarotta, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470 | Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |