UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-18905 |
|---|---|---|
| Edward Fish | Chapter: | 13 |
| | Judge: | JKS |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_Renata Fish_____, _creditor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement of compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than 7 days before the hearing date.

Address of the Clerk:
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood_____ on 8/24/2023 at _____ a.m., at the United States Bankruptcy Court, courtroom no. __3D_____, 50 Walnut Street, Newark, New Jersey 07102 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Determination of Dischargeability of Claim

Pertinent terms of settlement:
Claim no. 17 is compromised to a total of $60,949.14 which shall be classified as a priority debt and paid through the Plan. Debtor shall file an amended Plan within 14 days of Court approval of the compromise. The Debtor shall remain current on his domestic support obligations as set forth in the parties' matrimonial settlement agreement. Creditor shall execute a quitclaim deed to Debtor for the property located at 214 Lentz Ave., Paramus, NJ which shall be held in escrow by her counsel pending the completion of the Debtor's Chapter 13 Plan and the entry of discharge, at which time the deed will be delivered to counsel for the Debtor.

Objections must be served on, and request for additional information directed to:

| Name: | Scott J Goldstein |
|---|---|
| Address: | Law Office of Scott J Goldstein LLC |
| | 280 West Main Street, Denville, NJ 07834 |
| Telephone No.: | (973) 453-2838 |

*rev. 8/1/15*