| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Scott J Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Edward Fish, Debtor(s) |

| In Re:<br><br>Edward Fish<br><br>Debtor(s) | Case No.   20-18905<br>Chapter:    13<br>Judge:      JKS |
|---|---|

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Renata Fish, Creditor
(Example: John Smith, creditor)

Old address:    200 Sterling Blvd., Apt. 2108, Englewood NJ 07631

New address:    216-224 Spring Street, Apt. 502

Paterson, NJ 07503

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    07.26 2023

Renata Fish

rev.2/1/16