| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Scott J Goldstein LLC<br>280 West Main Street<br>Denville, NJ 07834<br>Tel: (973) 453-2838<br>Fax: (973) 453-2869<br>sjg@sgoldsteinlaw.com<br><br>Scott J Goldstein (016472004) | Order Filed on August 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Edward Fish | Case No.: 20-18905<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

**CONSENT ORDER RESOLVING MOTION TO DISMISS OR CONVERT**

The relief set forth on the following pages, numbered two (2) through 3, is hereby **ORDERED**.

**DATED: August 2, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 20-18905
Case Name: Edward Fish

**THIS MATTER,** having been opened to the Court on the motion of Renata Fish, a creditor in the within case; and the parties having agreed to amicably resolve the issues raised in the Motion to Dismiss (Docket No. 108); and the Court having reviewed the form and content of the within Order; and the parties having consented to the form and substance of the within Order and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Creditor's asserted prepetition domestic support arrears are acknowledged to be $15,949.14.

2. The Debtor shall file an amended Plan within 30 days of the date hereof reflecting $15,949.14 in prepetition domestic support obligations to be paid as a priority claim in the within case.

3. The Debtor shall remain current on his domestic support obligation payments as set forth in the Order of the Superior Court of New Jersey, Chancery Division, Bergen County, dated July 27, 2020 in the amount of $4,000 per month until that obligation expires according to the terms of the parties' Matrimonial Settlement Agreement, estimated to be August of 2024 by making timely payments through the New Jersey Child Support website and payment portal.

4. If the Debtor fails to make any payment required hereunder within 30 days of such payment being due, the Creditor may request dismissal of this case *via* certification of default.

Case No.: 20-18905
Case Name: Edward Fish

     5.   This Order shall not preclude additional priority claims resulting from the resolution of the Adversary Proceeding under AP No. 22-1258 (*Fish v. Fish*), in which case the Debtor shall file an amended Plan including any amounts agreed to in such a resolution.

| | |
|---|---|
| Dated: 7/25/2023 | LAW OFFICES OF<br>SCOTT J. GOLDSTEIN, LLC<br><br>By:   /s/Scott J. Goldstein<br>      SCOTT J. GOLDSTEIN<br>      280 West Main Street<br>      Denville, NJ 07834<br>      Tel: 973-453-2838<br>      Fax: 973-453-2869<br>      sjg@sgoldsteinlaw.com |
| Dated: 7/26/2023 | SCURA, WIGFIELD, HEYER STEVENS & CAMMAROTA, LLP<br><br>By:   /s/David L. Stevens<br>      DAVID L. STEVENS<br>      1599 Hamburg Turnpike, Suite A<br>      Wayne, NJ 07470<br>      Tel: 973-870-0434<br>      Fax: 973-696-8571<br>      dstevens@scura.com |