UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel:  (973) 453-2838
Fax:  (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

**Order Filed on August 2, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Edward Fish

Case No.:  20-18905

Adv. No.:

Hearing Date:

Judge:

### CONSENT ORDER RESOLVING MOTION TO DISMISS OR CONVERT

The relief set forth on the following pages, numbered two (2) through 3, is
hereby **ORDERED**.

**DATED: August 2, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  20-18905
Case Name:  Edward Fish

**THIS MATTER,** having been opened to the Court on the motion of Renata Fish, a creditor in the within case; and the parties having agreed to amicably resolve the issues raised in the Motion to Dismiss (Docket No. 108); and the Court having reviewed the form and content of the within Order; and the parties having consented to the form and substance of the within Order and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Creditor's asserted prepetition domestic support arrears are acknowledged to be $15,949.14.

2. The Debtor shall file an amended Plan within 30 days of the date hereof reflecting $15,949.14 in prepetition domestic support obligations to be paid as a priority claim in the within case.

3. The Debtor shall remain current on his domestic support obligation payments as set forth in the Order of the Superior Court of New Jersey, Chancery Division, Bergen County, dated July 27, 2020 in the amount of $4,000 per month until that obligation expires according to the terms of the parties' Matrimonial Settlement Agreement, estimated to be August of 2024 by making timely payments through the New Jersey Child Support website and payment portal.

4. If the Debtor fails to make any payment required hereunder within 30 days of such payment being due, the Creditor may request dismissal of this case *via* certification of default.

Case No.:  20-18905
Case Name:  Edward Fish

     5.  This Order shall not preclude additional priority claims resulting from the

resolution of the Adversary Proceeding under AP No. 22-1258 (*Fish v.*

*Fish*), in which case the Debtor shall file an amended Plan including any

amounts agreed to in such a resolution.


Dated:  7/25/2023               LAW OFFICES OF
                                     SCOTT J. GOLDSTEIN, LLC

                                     By:    /s/Scott J. Goldstein
                                          SCOTT J. GOLDSTEIN
                                        280 West Main Street
                                        Denville, NJ 07834
                                        Tel:  973-453-2838
                                        Fax:  973-453-2869
                                        sjg@sgoldsteinlaw.com

Dated:  7/26/2023               SCURA, WIGFIELD, HEYER STEVENS &
                                       CAMMAROTA, LLP

                                     By:    /s/David L. Stevens
                                          DAVID L. STEVENS
                                          1599 Hamburg Turnpike, Suite A
                                        Wayne, NJ 07470
                                        Tel:  973-870-0434
                                        Fax: 973-696-8571
                                        dstevens@scura.com

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 20-18905-JKS

Edward Fish                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

**Recip ID                   Recipient Name and Address**
db                    +   Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:**

**Name                              Email Address**

Andrew R. Turner
                          on behalf of Creditor General Plumbing Supply  Inc. courts@turnerlaw.net

Anthony Sodono, III
                          on behalf of Creditor Ziegler  Zemsky & Resnick asodono@msbnj.com

David L. Stevens
                          on behalf of Defendant Edward Fish dstevens@scura.com
                          ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte
                          @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

David L. Stevens
                          on behalf of Debtor Edward Fish dstevens@scura.com
                          ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte
                          @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: Aug 03, 2023                       Form ID: pdf903                                Total Noticed: 1

on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com

Jamal J Romero

on behalf of Debtor Edward Fish jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com

John R. Morton, Jr.

on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Michael J. Muller

on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com

Michael J. Muller

on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com

Michael J. Muller

on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com

Nancy Isaacson

on behalf of Mediator Nancy Isaacson (Mediator) nisaacson@greenbaumlaw.com

Roman V Gambourg

on behalf of Plaintiff Renata Fish rg@glegalgroup.com  G69308@notify.cincompass.com

Scott J. Goldstein

on behalf of Creditor Renata Fish sjg@sgoldsteinlaw.com
g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

Scott J. Goldstein

on behalf of Plaintiff Renata Fish sjg@sgoldsteinlaw.com
g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

Shauna M Deluca

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

Sindi Mncina

on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 20