Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 20−18905−JKS
                      Chapter: 13
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Fish
   214 Lentz Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2505

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I _Diana L. Reaves_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Claim No. 17 is to be compromised at 60,949.14 and treated as priority, debtor is to file a modified plan, movant is to prepare a quitclaim deed to 217 Lentz Avenue, Paramus

Dated: August 18, 2023
JAN: dlr

                                                                           Jeanne Naughton
                                                                           Clerk