| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    EDWARD FISH |



Order Filed on August 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-18905 JKS

Hearing Date:  8/24/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 25, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): EDWARD FISH

Case No.: 20-18905

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/24/2023 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 9/1/2023 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 20-18905-JKS
Edward Fish                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                     Page 1 of 2
Date Rcvd: Aug 25, 2023           Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023                          Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net |
| Anthony Sodono, III | on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com |
| David L. Stevens | on behalf of Defendant Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | on behalf of Debtor Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | |

Case 20-18905-JKS    Doc 129    Filed 08/27/23    Entered 08/28/23 00:17:37    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Jamal J Romero | |
| | on behalf of Debtor Edward Fish jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Michael J. Muller | |
| | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller | |
| | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller | |
| | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Nancy Isaacson | |
| | on behalf of Mediator Nancy Isaacson (Mediator) nisaacson@greenbaumlaw.com |
| Roman V Gambourg | |
| | on behalf of Plaintiff Renata Fish rg@glegalgroup.com  G69308@notify.cincompass.com |
| Scott J. Goldstein | |
| | on behalf of Creditor Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | |
| | on behalf of Plaintiff Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Shauna M Deluca | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20