UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

Order Filed on August 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Fish

Case No.: 20-18905

Adv. No.:

Hearing Date:

Judge: JKS

## ORDER APPROVING COMPROMISE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 29, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 20-18905
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of Renata Fish by and through her counsel, Scott J. Goldstein, Esq., seeking an Order, pursuant to Fed R. Bankr. P. 9019, approving a compromise between Mrs. Fish and the Debtor, and the Court having read the papers in support of the motion, and no objections to the motion having been filed, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is hereby granted;

2. The parties are authorized to enter into the Settlement Agreement as attached to the motion papers, which is hereby ratified by this Court.

3. In accordance with the terms of the Settlement Agreement the Debtor shall file an amended Plan within fourteen (14) days of the date hereof reflecting the terms of claim 17 as compromised under the Settlement Agreement.

4. Renata Fish shall, within seven (7) days of the entry of this Order on the docket, execute a quitclaim deed to the real property located at 214 Lentz Avenue, Paramus, New Jersey, which shall remain in the custody of her counsel until such time as the Debtor shall complete his Chapter 13 Plan.