UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

Order Filed on August 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward Fish

Case No.: 20-18905

Adv. No.:

Hearing Date:

Judge: JKS

## ORDER APPROVING COMPROMISE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 29, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  20-18905
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of Renata Fish by and through her counsel, Scott J. Goldstein, Esq., seeking an Order, pursuant to Fed R. Bankr. P. 9019, approving a compromise between Mrs. Fish and the Debtor, and the Court having read the papers in support of the motion, and no objections to the motion having been filed, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is hereby granted;

2. The parties are authorized to enter into the Settlement Agreement as attached to the motion papers, which is hereby ratified by this Court.

3. In accordance with the terms of the Settlement Agreement the Debtor shall file an amended Plan within fourteen (14) days of the date hereof reflecting the terms of claim 17 as compromised under the Settlement Agreement.

4. Renata Fish shall, within seven (7) days of the entry of this Order on the docket, execute a quitclaim deed to the real property located at 214 Lentz Avenue, Paramus, New Jersey, which shall remain in the custody of her counsel until such time as the Debtor shall complete his Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 20-18905-JKS
Edward Fish                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                              Page 1 of 2
Date Rcvd: Aug 30, 2023                    Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

**Recip ID**          **Recipient Name and Address**
db                +   Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023                          Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

**Name**                **Email Address**

Andrew R. Turner
    on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net

Anthony Sodono, III
    on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com

David L. Stevens
    on behalf of Defendant Edward Fish dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

David L. Stevens
    on behalf of Debtor Edward Fish dstevens@scura.com
    ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon

Case 20-18905-JKS    Doc 132    Filed 09/01/23    Entered 09/02/23 00:13:59    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Jamal J Romero | on behalf of Debtor Edward Fish jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Muller | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Nancy Isaacson | on behalf of Mediator Nancy Isaacson (Mediator) nisaacson@greenbaumlaw.com |
| Roman V Gambourg | on behalf of Plaintiff Renata Fish rg@glegalgroup.com G69308@notify.cincompass.com |
| Scott J. Goldstein | on behalf of Creditor Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Plaintiff Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20