Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18905−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Fish
   214 Lentz Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−2505

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/27/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 27, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18905-JKS |
| Edward Fish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Fish, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| cr | + | Luis A. Guevara Castro, 706 Grand Street, Hoboken, NJ 07030-3092 |
| cr | + | PODIUM MORTGAGE CAPITAL, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | #+ | Renata Fish, 200 Sterling Avenue, Apt. 2108, Englewood, NJ 07631-4833 |
| 519084134 | + | A.F. Supply Corp, 1000 S 2nd St, Harrison, NJ 07029-2321 |
| 518906283 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, POB 683, Washington, DC 20044-0683 |
| 519084135 | + | Aurora Builders LLC, 214 Lentz Avenue, Paramus, NJ 07652-4610 |
| 519084136 | + | Borace Martinoski, Esq., 75 Essex Street, Suite 220, Hackensack, NJ 07601-4035 |
| 519084138 | + | Callagy Law, PC, 650 From Road, Ste. 565, Paramus, NJ 07652-3554 |
| 519084139 | + | Drs. Stuart & Geeta C. Doshi Springer, 60 East End Avenue, Unit 37A, New York, NY 10028-7908 |
| 519084140 | + | Dykes Lumber Company, 1899 Park Avenue, Weehawken, NJ 07086-6630 |
| 519084141 | + | Extech Building Materials Inc, 43-87 Vernon Blvd., Long Island City, NY 11101-6911 |
| 519084142 | + | General Plumbing Supply Inc, 540 Thomas Blvd., Orange, NJ 07050-2920 |
| 518924241 | + | General Plumbing Supply, Inc, c/o Turner Law Firm, LLC, 76 South Orange Ave., P.O. Box 526, South Orange, NJ 07079-0526 |
| 519084144 | + | Manna & Associates, LLC, PO Box 1117, Kearny, NJ 07032-7117 |
| 519084145 | + | Marylou Paolucci & Associates, 16 Trent Lane, Smithtown, NY 11787-1238 |
| 518939128 | + | PODIUM MORTGAGE CAPITAL, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 519084146 | | Plumex LLC Plumbing & Heating, 38046 Van Duren Ave., Fair Lawn, NJ 07410 |
| 519084147 | + | Raj Gadhok, Mandelbaum Salsburg, 3 Becker Farm Road, Suite 105, Roseland, NJ 07068-1726 |
| 519084149 | + | Renata Fish, 216-224 Spring Street, Apt 2108, Paterson NJ 07503-3289 |
| 519234653 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519084150 | + | Tesser & Cohen, 946 Main Street, Hackensack, NJ 07601-5100 |
| 519084151 | + | The Kuiken Brothers Company, 485 River Dr, Garfield, NJ 07026-3219 |
| 519084152 | + | Turner Law Firm, LLC, 76 South Orange Ave., PO Box 526, South Orange, NJ 07079-0526 |
| 519084153 | + | Unique Funding Solutions, LLC, 71 S Central Ave., Valley Stream, NY 11580-5495 |
| 519084154 | | Ziegler Zemsky Resnick, 651 Old West Mt. Pleasant Ave. #150, Livingston, NJ 07039 |
| 518918872 | + | Ziegler, Zemsky & Resnick, c/o Anthony Sodono III, Esq., 75 Livingston Avenue, 2nd Floor, Roseland, NJ 07068-3737 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mattf@generalplumbingsupply.net | Oct 27 2023 20:49:00 | General Plumbing Supply, Inc., 980 New Durham Road, Edison, NJ 08817 |
| cr | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 27 2023 20:50:00 | NATIONSTAR MORTGAGE LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 27 2023 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| 518925975 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:39:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906282 | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 20:57:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518906284 | + | EDI: TSYS2 | Oct 27 2023 21:07:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519084137 | + | Email/Text: bankruptcy@ctech-collects.com | Oct 28 2023 00:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518906285 | + | EDI: CAPITALONE.COM | Oct 27 2023 20:51:00 | C. Tech, P.O Box 402, Mount Sinai, NY 11766-0402 |
| 518947872 | | EDI: CITICORP.COM | Oct 28 2023 00:39:00 | Capital One/Neiman Marcus/Bergdorf Goodm, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518906287 | + | EDI: CITICORP.COM | Oct 28 2023 00:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518910942 | | EDI: MERCEDES | Oct 28 2023 00:39:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518906288 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 28 2023 00:39:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518906289 | | EDI: IRS.COM | Oct 27 2023 20:52:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518906286 | | EDI: JPMORGANCHASE | Oct 28 2023 00:39:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518929924 | + | Email/Text: RASEBN@raslg.com | Oct 28 2023 00:39:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518906290 | + | EDI: MERCEDES | Oct 27 2023 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519053483 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 28 2023 00:39:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy, Po Box 685, Roanoke, TX 76262-0685 |
| 519053482 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2023 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 518979582 | | EDI: PRA.COM | Oct 27 2023 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518965095 | | EDI: PRA.COM | Oct 28 2023 00:39:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519084148 | + | Email/Text: admin@rsgcollect.com | Oct 28 2023 00:39:00 | Portfolio Recovery Associates, LLC, c/o NEIMAN MARCUS, POB 41067, Norfolk, VA 23541 |
| 518906292 | | Email/Text: bankruptcy@sunbit.com | Oct 27 2023 20:51:00 | Recovery Solutions Group, LLC, 1008 Matlind Way, Milford, DE 19963-5300 |
| | | | Oct 27 2023 20:49:00 | Tab/sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |

Case 20-18905-JKS    Doc 138    Filed 10/29/23    Entered 10/30/23 00:17:55    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 58 |

| 518906291 | + Email/Text: enotifications@santanderconsumerusa.com | | |
|---|---|---|---|
| | | Oct 27 2023 20:51:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518973515 | + EDI: RMSC.COM | Oct 28 2023 00:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518906870 | + EDI: AIS.COM | Oct 28 2023 00:39:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518906293 | EDI: TDBANKNORTH.COM | Oct 28 2023 00:39:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518962011 | + EDI: AIS.COM | Oct 28 2023 00:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518906294 | + EDI: VERIZONCOMB.COM | Oct 28 2023 00:39:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519084143 | ##+ | Joe Lieberman Esq, 815 Central Avenue, Lawrence, NY 11559-1310 |
| 518979214 | ##+ | Luis A. Guevara Castro, Leigh Piccolo, 706 Grand Street, Hoboken, NJ 07030-3092 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew R. Turner | on behalf of Creditor General Plumbing Supply Inc. courts@turnerlaw.net |
| Anthony Sodono, III | on behalf of Creditor Ziegler Zemsky & Resnick asodono@msbnj.com |
| David L. Stevens | on behalf of Debtor Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 58 |

| | |
|---|---|
| | on behalf of Defendant Edward Fish dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor PODIUM MORTGAGE CAPITAL dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Jamal J Romero | on behalf of Debtor Edward Fish jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael J. Muller | on behalf of Plaintiff Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Plaintiff Leigh Piccolo mjmuller@michaeljmuller.com |
| Michael J. Muller | on behalf of Creditor Luis A. Guevara Castro mjmuller@michaeljmuller.com |
| Nancy Isaacson | on behalf of Mediator Nancy Isaacson (Mediator) nisaacson@greenbaumlaw.com |
| Roman V Gambourg | on behalf of Plaintiff Renata Fish rg@glegalgroup.com G69308@notify.cincompass.com |
| Scott J. Goldstein | on behalf of Plaintiff Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Creditor Renata Fish sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20